# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:02cr114 |
| | § | (Judge Brown) |
| ROBERT WORLEY KYRIAS | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of four (4) months, receiving no credit for time already served, with no supervision to follow. It is further

**ORDERED** that Defendant pay a fine of $870.00, due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to

the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710.

**SIGNED** this 31st day of July, 2006.

_Paul Brown_
PAUL BROWN
UNITED STATES DISTRICT JUDGE

2